# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 14-7169** | **September Term, 2014** |
| | 1:13-cv-00314-RWR |
| | **Filed On: January 8, 2015** [1530894] |

Stephen Thomas Yelverton,

    Appellant

    v.

Hamilton P. Fox, III, Assistant Bar Counsel
- in his individual and official capacity,

    Appellee

## O R D E R

    The notice of appeal was filed on October 29, 2014, and docketed in this court on October 30, 2014. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 9, 2015 |
| Docketing Statement Form | February 9, 2015 |
| Entry of Appearance Form | February 9, 2015 |
| Procedural motions, if any | February 9, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 9, 2015 |
| Statement of Issues to be Raised | February 9, 2015 |
| Transcript Status Report | February 9, 2015 |
| Underlying Decision from Which Appeal or Petition Arises | February 9, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | February 23, 2015 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7169**  September Term, 2014

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 9, 2015 |
| Entry of Appearance Form | February 9, 2015 |
| Procedural motions, if any | February 9, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | February 23, 2015 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura M. Chipley
Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7169**                                        **September Term, 2014**

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Memorandum Concerning Self-Representation