Case No. 14-7169

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
**STEPHEN THOMAS YELVERTON,**      )
                                                    )
         **Appellant,**      )
  v.                                            )
                                                    )
**HAMILTON P. FOX, III**                  )
                                                    )
         **Appellee.**       )
_____)

## NOTICE OF APPEARANCE OF COUNSEL
## FOR APPELLEE HAMILTON P. FOX III

The Court will please note and enter the appearance of the following as counsel to Appellee Hamilton P. Fox III in this appeal:

> George W. Jones, Jr. (D.C. Bar No. 323139)
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> 202/736-8000
> gjones@sidley.com

Appellee Fox requests that his counsel Mr. Jones be provided with contemporaneous copies and notices of all communications (electronic and otherwise), rulings, and orders of the Court in this matter.

Dated: **June 18, 2015**         Respectfully Submitted,

/s/ Paul Hemmersbaugh
Paul A. Hemmersbaugh (D.C. Bar No. 445420)
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, D.C. 20005
202/736-8000
phemmersbaugh@sidley.com

\*          \*          \*          \*

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of June, 2015, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEE HAMILTON P. FOX III** to be served, via operation of the Court's CM/ECF system, on Appellant Stephen T. Yelverton.

/s/ Paul Hemmersbaugh
Paul A. Hemmersbaugh SBN 445420
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, D.C. 20005
202/736-8000
phemmersbaugh@sidley.com